# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:09-mj-00234-GWF-GWF |
| vs. ) | **ORDER** |
| MARCOS G. MARTINEZ, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Motions to Quash Warrant (#9) and Place Matter on Calendar (#10), filed on March 11, 2016.

Defendant requests the Court quash the arrest warrant and schedule this matter for a hearing. However, Defendant failed to provide additional information assuring the Court that Defendant will appear for the hearing. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motions to Quash Warrant (#9) and Place Matter on Calendar (#10) are **denied** without prejudice.

DATED this 14th day of March, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge