UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MARCOS G. MARTINEZ,

        Defendant.

Case No. 2:09-mj-234-GWF

**ORDER QUASHING WARRANT**

    Jessica Leyva-Munoz, Esq., filed with the Court a Motion to Place Matter on Calendar to Quash Arrest Warrant by Defendant on April 1, 2016,

    **IT IS HEREBY ORDERED** that the warrant issued by the Court on May 19, 2009 is **QUASHED**. Marcos G. Martinez is to appear for the Initial Appearance Hearing at the Lloyd D. George U.S. Courthouse, 333 Las Vegas Blvd. S., Las Vegas, NV 89101 on **Tuesday, May 17, 2016 at 8:30 AM** in LV Courtroom 3A before Magistrate Judge George Foley, Jr.

    **IT IS FURTHER ORDERED** that if Marcos G. Martinez is not present at the Initial Appearance Hearing on May 17, 2016, a new warrant will be issued.

    DATED this 7th day of April 2016.

GEORGE FOLEY, JR.
United States Magistrate Judge