FILED ___ ENTERED
___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 26 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO:   2:09-mj-234-GWF |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| MARCOS G. MARTINEZ, | |
| Defendant. | |

NOTICE is hereby given that Defendant, Marcos G. Martinez, hereby substitutes ENRIQUE R ACUÑA, ESQ., of the law office of ERIC PALACIOS & ASSOCIATES, LTD., Nevada State Bar number 10495, as attorney of record, in place and stead of JESSICA LEYVA-MUNOZ.

All future communication, correspondence, service, and notice of any kind must be directed to ENRIQUE R ACUÑA, ESQ., of the law office of ERIC PALACIOS & ASSOCIATES, LTD. Contact information for new counsel is as follows:

> ENRIQUE R. ACUÑA, ESQ.
> ERIC PALACIOS & ASSOCIATES, LTD.
> Nevada State Bar No. 10495
> 2050 S. Eastern Avenue
> Las Vegas, Nevada 89104
> 702-444-7777
> Fax 702-639-9888
> eacuna@ericpalacioslaw.com

I consent to the above substitution.

DATED July 26th, 2016.   /s/ Marcos G. Martinez
                          MARCOS G. MARTINEZ (Defendant)

I consent to the above substitution.

DATED July 20th, 2016.   /s/ Jessica Leyva-Muñoz, Esq.
JESSICA LEYVA-MUNOZ. (Current Attorney)

I am duly admitted to practice in this District, I was privately RETAINED by Defendant, and I accept the above substitution.

DATED July 19th, 2016.   /s/ Enrique R. Acuña, Esq.
LAW OFFICES OF ENRIQUE R. ACUÑA, LTD.
ENRIQUE R. ACUÑA, ESQ. (New Attorney)

**APPROVED:**

DATED July 28, 2016.   _George Foley Jr._
UNITED STATES MAGISTRATE JUDGE